**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>**This Document Relates to:**<br>**K.N.2 v. Uber Technologies, Inc., et al.** | **MDL No. 3084**<br>**3:23-md-03084**<br><br>**Case No.: 3:26-cv-04834-CRB** |

## [~~PROPOSED~~] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

Having considered Plaintiff's Motion to Remove Incorrectly Filed Document, the Court hereby GRANTS the Motion. The Clerk of Court is directed to permanently restrict public access to ECF No. 1.

**IT IS SO ORDERED.**


Dated: May 26, 2026

_____
Hon. Charles R. Breyer
United States District Judge